# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 09-3071**

**September Term, 2013**

FILED ON: MAY 6, 2014

UNITED STATES OF AMERICA,
                APPELLEE

v.

JARON BRICE, ALSO KNOWN AS JAY BIRD, ALSO KNOWN AS DADDY, ALSO KNOWN AS BIRD, ALSO KNOWN AS JAY,
                APPELLANT

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:05-cr-00367-1)

———

Before: KAVANAUGH, *Circuit Judge*, and WILLIAMS and SENTELLE, *Senior Circuit Judges*

# UNDER SEAL OPINION NOT AVAILABLE TO PUBLIC